```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06914
   WANDA J FOSTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8240

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 04/17/2007 and was confirmed 06/25/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors   11.00%.

      The case was dismissed after confirmation 08/04/2008.
-------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
  WELLS FARGO BANK          CURRENT MORTG        .00           .00           .00
  WELLS FARGO BANK          MORTGAGE ARRE     3239.57          .00        3239.57
  COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED         .00           .00
  FISHER & SHAPIRO          NOTICE ONLY      NOT FILED         .00           .00
  INTERNAL REVENUE SERVICE  PRIORITY          3384.00          .00           .00
  JEFFERSON CAPITAL SYSTEM  UNSECURED          554.37          .00           .00
  ARROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED         .00           .00
  FIRST PREMIER BANK        NOTICE ONLY      NOT FILED         .00           .00
  BANKCARD SERVICES         UNSECURED        NOT FILED         .00           .00
  BANKCARD                  NOTICE ONLY      NOT FILED         .00           .00
  PEARLCARD                 NOTICE ONLY      NOT FILED         .00           .00
  BRYLANE HOME              UNSECURED        NOT FILED         .00           .00
  CAB SERVICES              UNSECURED        NOT FILED         .00           .00
  CAPITAL ONE BANK          UNSECURED        NOT FILED         .00           .00
  FMS INC                   NOTICE ONLY      NOT FILED         .00           .00
  NCO FINANCIAL SYSTEMS IN  NOTICE ONLY      NOT FILED         .00           .00
  WELLGROUP HEALTH PARTNER  UNSECURED        NOT FILED         .00           .00
  WELL GROUP HEALTH PARTNE  NOTICE ONLY      NOT FILED         .00           .00
  AT & T WIRELESS           UNSECURED        NOT FILED         .00           .00
  CITY OF CHICAGO DEPT OF   UNSECURED        NOT FILED         .00           .00
  COMMONWEALTH EDISON       UNSECURED          815.63          .00           .00
  DR CHURL SOO SUK          UNSECURED        NOT FILED         .00           .00
  CT CORPORATION SYSTEM     UNSECURED        NOT FILED         .00           .00
  GEMB/JC PENNEY            UNSECURED        NOT FILED         .00           .00
  GENESIS FINANCIAL SOLUTI  UNSECURED        NOT FILED         .00           .00
  GUIDE POSTS               UNSECURED        NOT FILED         .00           .00
  GUIDE POSTS               UNSECURED        NOT FILED         .00           .00
  IC SYSTEMS INC            UNSECURED          228.50          .00           .00
  GREENSPAN OPTOMETRIC      UNSECURED        NOT FILED         .00           .00
  DR GRAY L NORDBROCK       UNSECURED        NOT FILED         .00           .00
  I N R                     UNSECURED        NOT FILED         .00           .00
  LAKE SURGICAL ASSOCIATES  UNSECURED           79.09          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06914 WANDA J FOSTER
```

```
MASSEYS                       UNSECURED       NOT FILED            .00           .00
IMAGING RADIOLOGISTS LLC UNSECURED            NOT FILED            .00           .00
IMAGING RADIOLOGISTS          NOTICE ONLY     NOT FILED            .00           .00
IMAGING RADIOLOGISTS LLC UNSECURED            NOT FILED            .00           .00
MIDAMERICA CARDIOVASCULA UNSECURED            NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN UNSECURED              1095.17            .00           .00
PALISADES COLLECTIONS         NOTICE ONLY     NOT FILED            .00           .00
AT & T BANKRUPCTY             NOTICE ONLY     NOT FILED            .00           .00
MIDWEST HEART SPECIALIST UNSECURED                14.68            .00           .00
MIDWEST REFRACTIVE SURGE UNSECURED               124.95            .00           .00
MRC RECEIVABLE CORP           UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS       UNSECURED       NOT FILED            .00           .00
MUTUAL HOSPITAL               NOTICE ONLY     NOT FILED            .00           .00
ST JAMES HOSPITAL & HEAL NOTICE ONLY          NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS       UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS       UNSECURED       NOT FILED            .00           .00
ST JAMES PROFESSIONAL SE UNSECURED            NOT FILED            .00           .00
NICOR GAS                     UNSECURED       NOT FILED            .00           .00
CBCS                          NOTICE ONLY     NOT FILED            .00           .00
NICOR GAS                     NOTICE ONLY     NOT FILED            .00           .00
AT&T WIRELESS                 UNSECURED          944.67            .00           .00
VATIV RECOVERY SOLUTIONS NOTICE ONLY          NOT FILED            .00           .00
PROVIDIAN NATIONAL BANK       UNSECURED       NOT FILED            .00           .00
ST MARGARET MERCY CRETE       UNSECURED       NOT FILED            .00           .00
T-MOBILE USA                  UNSECURED          161.66            .00           .00
TCF BANK                      UNSECURED       NOT FILED            .00           .00
TCF NATIONAL BANK             NOTICE ONLY     NOT FILED            .00           .00
ASPIRE                        UNSECURED          419.29            .00           .00
TRU GREEN CHEMLAWN            UNSECURED       NOT FILED            .00           .00
TURBO TITLE LOANS             UNSECURED       NOT FILED            .00           .00
MCGRANE PEROZZI STELTER       NOTICE ONLY     NOT FILED            .00           .00
WELL GROUP HEALTH PARTNE UNSECURED            NOT FILED            .00           .00
BROADWAY AUTO                 UNSECURED       NOT FILED            .00           .00
ST MARGARET MERCY CRETE       UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS       UNSECURED       NOT FILED            .00           .00
MCGRANE PEROZZI STELTER       UNSECURED         2661.71            .00           .00
INTERNAL REVENUE SERVICE UNSECURED                  .00            .00           .00
FRANKLIN MINT                 UNSECURED       NOT FILED            .00           .00
ST JAMES OLYMPIA FIELDS       UNSECURED       NOT FILED            .00           .00
SILHOUETTES                   UNSECURED       NOT FILED            .00           .00
THE HAMILTON COLLECTION       UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS              UNSECURED       NOT FILED            .00           .00
B-REAL LLC                    UNSECURED          399.85            .00           .00
JEFFERSON CAPITAL SYSTEM FILED LATE              691.67            .00           .00
LEDFORD & WU                  REIMBURSEMENT      287.97            .00        284.97
LEDFORD & WU                  DEBTOR ATTY       2,071.00                    2,071.00
TOM VAUGHN                    TRUSTEE                                         424.46
DEBTOR REFUND                 REFUND                                             .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 06914 WANDA J FOSTER

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                6,020.00

PRIORITY                                             284.97
SECURED                                            3,239.57
UNSECURED                                                .00
ADMINISTRATIVE                                     2,071.00
TRUSTEE COMPENSATION                                 424.46
DEBTOR REFUND                                            .00
                     ---------------       ---------------
TOTALS                 6,020.00              6,020.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/19/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                          PAGE   3
      CASE NO. 07 B 06914 WANDA J FOSTER